**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                   Date:   October 2, 2012
Court Reporter:       Terri Lindblom

Criminal Action No. 12-cr-00106-MSK

_Parties_:                                              _Counsel Appearing:_

UNITED STATES OF AMERICA,                              Robert Brown
                                                       Lillian Alves

               Plaintiff,

v.

KIZZY KALU,                                            Peter Menges

               Defendant.

---

**COURTROOM MINUTES**

---

HEARING:     Evidentiary

**9:33 a.m.       Court in session.**

Defendant present in custody.

The Court addresses defendant's Motion for Reconsideration (**Doc. #83**).

Offer of proof by defense counsel.

Argument.

**ORDER:**       Defendant's Motion for Reconsideration (**Doc. #83**) is **GRANTED** with the
               standard conditions imposed for release plus special conditions of the posting of a
               $100,000 cash or security bond, an accepted renunciation of Nigerian citizenship
               or statement by the Nigerian government that no passport or Visa will be issued

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

during the pendency of this case, Probation Department  supervised GPS monitoring, home detention with two exceptions, and no formation, use or participation in any entities, including corporations, joint ventures, partnerships, et cetera, during the course of this case.  Defendant will submit the information and/or documentation  necessary for release within five days and the Government will have five days to respond to that information and/or documentation to satisfy the special conditions of the bond.

**ORDER:**     Defendant is remanded to the care and custody of the United States Marshal Service.

**10:26 a.m.**     **Court in recess.**

**Total Time:   53 minutes.**
**Hearing concluded.**