**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover            Date:   December 17, 2012
Court Reporter:     Terri Lindblom

Criminal Action No. 12-cr-00106-MSK

*Parties*:                                     *Counsel Appearing:*

UNITED STATES OF AMERICA,                      Robert Brown
                                               Beth Gibson
       Plaintiff,

v.

KIZZY KALU,                                    Peter Menges
                                               Michael Sheehan
       Defendant.

---

### COURTROOM MINUTES

---

HEARING:   Motion

**3:06 p.m.     Court in session.**

Defendant present in custody.

The Court addresses defendant's Motion to Continue Trial (**Doc. #118**).

Argument.

Oral findings are
**ORDER:**   Defendant's Motion to Continue Trial (**Doc. #118**) is **GRANTED**. The trial currently set on **January 14, 2013 at 1:00 p.m. is VACATED** and reset to **June 3, 2013 at 1:00 p.m.** (6 weeks)  All subsequent days of trial begin at 8:30 a.m. unless counsel are advised otherwise.  There will be no trial held on Friday for the duration of the trial.  Final Trial Preparation Conference is set on **May 31, 2013 at 4:00 p.m.,** all in Courtroom A901, 901 19th Street, Denver, CO.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**     Any Superseding Indictment will be filed no later than **February 15, 2013.**

The Court addresses Joint Motion for 702 hearing (**Doc. #126**).

**ORDER:**     Complete disclosures will be made to each other that addresses all of the provisions of Rule 702 by **January 16, 2013.**  The Joint 702 Motion will be filed by **February 15, 2013.**  702 Evidentiary hearing is set on **April 30, 2013 at 9:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, CO

The Court addresses defendant's Motion for Return of Property (**Doc. #100**).

Argument.

**ORDER:**     Defendant's Motion for Return of Property (**Doc. #100**) is **GRANTED** in part and **DENIED** in part.  Upon defense counsel's supplying to counsel for the Government an address for the Nigerian embassy to which the passport shall be returned, counsel for the Government will return the expired passports to the Nigerian government, and they will do within seven days of receipt of the information as to where those passports should be sent.

**ORDER:**     Defendant is remanded to the care and custody of the United States Marshal Service.

**4:09 p.m.**     **Court in recess.**

**Total Time:    1 hour 3 minutes.**
**Hearing concluded.**