IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.12-cr-00106-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**   **KIZZY KALU**
2.   PHILIP LANGERMAN,

    Defendants.

---

**GOVERNMENT RESPONSE TO INITIAL PSI [DOCKET 285] - RESTITUTION**

---

The United States by John Walsh, United States Attorney, and the undersigned Assistant United States Attorney, provides the following response to the PSI relating to restitution.

In its sentencing statement [docket 271], the government provided its assessment of minimum amounts of restitution owing to the victims. The government noted the victims would likely submit restitution information as requested by the Probation Department. In reviewing the information provided by the victims, the government recognizes its somewhat myopic view of the restitution owing on the Mail Fraud, Visa Fraud and Encouraging and Inducing counts. The government submits the victims are correct in their assessments that their loss with respect to these counts should be the amount promised, less the amounts received, not simply the fees the victims paid to the defendant for his services in obtaining the visas.

Thus, the amounts claimed by the victims in their submissions to the Probation

Department should be added to the amounts of loss. These amounts are the salaries promised in the false submissions to the government and to the victims, $72,500/year, for three years of the visas' validity. If the employment was as promised, the total salary would have been $216,000 per victim, less the amounts that they were paid (see victims' submissions and trial exhibits. Thus, the <u>additional</u> amounts to the restitution amounts noted in the government's sentencing statement for the fraud or inducing counts are:

| | |
|---|---|
| Ciocon | $160,769 (216,000 - 52,861.03)(ex. 7673) |
| Claridad | $146,684.17 (ex. 7674) |
| Fabrero | $175,391.23 (ex. 7675) |
| Fuentes | $183,614.80 (ex.7676) |
| Galeon | $166,097.74(ex. 7677) |
| Hu | $160,769.90 (ex. 7678) |
| Ibias | $204,660.00 (ex. 7679) |
| Marcelo | $152,779.00 (ex. 7680) |
| Noopim | $189,971.01 (ex. 7681) |
| Pellazar | $193,464.20 (ex. 7683) |
| Penales | $153,002.32 (ex. 7684) |
| Pengsiri | $110,085.43 (ex. 7685) |
| Reyes | $135,271.93 (ex. 7686) |
| Villanueva | $144,368.82 (ex. 7687) |

Further, the government submits the other amounts claimed by the victims in their statements are valid amounts of losses caused to them by the fraud perpetrated upon them. These amounts include travel expenses to the United States and legal fees attempting to rectify the wrongs done to them. Legal fees may be included in a restitution calculation. *United States v. Amato,* 540 F.3d 153 (2nd Cir. 2008) cert. den. 129 S.Ct. 1635 (2009). Costs incurred by victims in assisting the government in investigating and prosecuting the defendant may also be included. *United States v. Elson,* 577 F.3d 713 (6th Cir. 2009).

The PSI also makes reference to two individuals, Mr. Gaoat and Mr. Ancheta, who were not named victims in the indictment and who submitted restitution information. As is established by the information which they submitted and made a part of the attachments to the PSI, they were victims of the defendant's scheme, even though not named as victims in the indictment. As such, they are statutorily entitled to be a part of a restitution order as victims of a defendant's criminal conduct even if the victims are not named as such in an indictment. *United States v. Dickerson*, 370 F.3d 1330, 1339 (11th Cir. 2004). Mr. Ancheta's and Mr. Gaoat's claims should be recognized by the Court, as their losses were clearly a part of the expansive scheme devised and executed by the defendant.

Dated this 5th day of September, 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/Robert Brown
ROBERT BROWN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Robert.Brown5@usdoj.gov
Attorney for the United States

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of September, 2013, I electronically filed the foregoing **GOVERNMENT RESPONSE TO INITIAL PSI [DOCKET 285] - RESTITUTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Beth N. Gibson**
   Beth.Gibson@usdoj.gov

**Michael Sheehan**
   Michael.Sheehan.esq@gmail.com

**Peter D. Menges**
   pmenges@mengeslaw.com

**Arthur S. Nieto**
   arthurnieto@qwestoffice.net

                    s/Amanda Doyle
                    AMANDA DOYLE
                    Legal Assistant
                    U.S. Attorney's Office
                    1225 Seventeenth Street, Suite 700
                    Denver, Colorado 80202
                    Telephone: (303) 454-0100
                    Fax:   (303) 454-0406
                    E-mail: Amanda.Doyle2@usdoj.gov