IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: September 23, 2013 |
| Court Reporter: Terri Lindblom | |
| Probation Officer: Gary Kruck | |

Criminal Action No. 12-cr-00106-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,            Beth Gibson
                                                              Robert Brown
                                                              James Russell

       Plaintiff,

v.

KIZZY KALU,                                          Peter Menges
                                                              Michael Sheehan

       Defendant.

---

## SENTENCING MINUTES
---

**9:06 a.m.**     **Court in session**.

Defendant present in custody

**Defendant found guilty of Counts 1-18, 22-49; 51-59; 61-67; 69-95 of the Superseding Indictment by jury on July 1, 2013.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. Argument.

**ORDER:**     Sentencing hearing continued to **December 10, 2013 at 9:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, CO. All evidence to all pertinent issues will be presented at this hearing.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:48 a.m.**     **Court in recess.**
Total Time:     1 hour 42 minutes.
Hearing continued.