**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover      Date: December 10, 2013
Court Reporter:       Terri Lindblom
Probation Officer:    Gary Kruck

Criminal Action No. 12-cr-00106-MSK

*Parties*:                               *Counsel*:

UNITED STATES OF AMERICA,      Beth Gibson
                                         Robert Brown


          Plaintiff,

v.

KIZZY KALU,                       Peter Menges
                                       Michael Sheehan

          Defendant.

---

**SENTENCING MINUTES**

---

**9:05 a.m.**       **Court in session**.

Continued from September 23, 2013.

Defendant present in custody

The Court addresses the Government's Motion to Withdraw Document #283  (**Doc. #316**).

Defendant has no objection.

**ORDER:**      Government's Motion to Withdraw Document (**Doc. #316**) is **GRANTED.**
                **Doc. #283** is **WITHDRAWN.**

The parties **do** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. Continued argument (regarding **Doc. #297**).

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #291**) Argument.

**EXHIBITS:  Received:    Deft. 1 (by stipulation)**

**10:13 a.m.**  **Court in recess**
**10:30 a.m.**  **Court in session**

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

The Court addresses restitution and the Motion for Forfeiture (**Doc. #294**).

Argument.

The Government will prepare a summary exhibit of the figures recited regarding restitution and provide a copy to the Court and defendant prior to resuming this hearing.  Hearing will reconvene at 2:00 p.m.

**11:12 a.m.**  **Court in recess**
**2:03 p.m.**  **Court in session**

The Court addresses Government's tendered Ex. 1.

Continued argument on restitution.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose, including forfeiture, as reflected in the record. Restitution has not fully been computed.

**ORDER:**  Motion for Forfeiture of Property (**Doc. #294**) is **GRANTED.**  The Court imposes a forfeiture sum of $475,592.94.

This hearing will be continued for the reasons stated on the record.

**ORDER:**  Sentencing hearing continued to **February 11, 2014 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.  The hearing is set for 2 hours.

**ORDER:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:07 p.m.**  **Court in recess.**
Total Time:  2 hours 54 minutes.
Hearing continued.