**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: February 11, 2014
Court Reporter:    Terri Lindblom
Probation Officer: Gary Kruck

Criminal Action No. 12-cr-00106-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Beth Gibson
                                           Robert Brown


           Plaintiff,

v.

KIZZY KALU,                                Peter Menges
                                           Michael Sheehan

           Defendant.
_____

### SENTENCING MINUTES
_____

**9:16 a.m.    Court in session**.

This hearing continued from December 10, 2013.

Defendant present in custody.

The Court previously announced the sentence it intended to impose, including forfeiture, as reflected on the record at the December 10, 2013 hearing.  Restitution was not fully computed at that time.

Counsel are offered the opportunity for further argument as to the sentence the Court announced it intended to impose at the previous hearing.  Further argument.

Further argument regarding restitution.

**ORDER:**    Defendant's Motion(s) for Non-Guideline Sentence (**Doc. #291, #327**) are **DENIED.**


**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:10 a.m.   Court in recess.**
Total Time:    1hour 54 minutes.
Hearing concluded.