IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-01727-MSK
Criminal Action No. 12-cr-00106-MSK-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KIZZY KALU,

        Defendant.

## ORDER

After preliminary consideration of the Defendant's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 395), it is now

ORDERED that the United States Attorney on or before <u>November 12</u>, 2015, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 11th day of September, 2015.

        **BY THE COURT:**

        _____
        Marcia S. Krieger
        Chief United States District Judge